DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ABE v. BOWEN

No. 237P86.

Case below: 79 N.C. App. 369.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 28 August 1986.

COLE v. DUKE POWER CO.

No. 417P86.

Case below: 81 N.C. App. 213.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 August 1986.

CRAIG v. BUNCOMBE COUNTY BD. OF EDUCATION

No. 392P86.

Case below: 80 N.C. App. 683.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 28 August 1986. Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 28 August 1986.

HAGLER v. HAGLER

No. 276PA86.

Case below: 80 N.C. App. 166.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 28 August 1986.